1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,               )   Case No.  14cr0222-MMA
                                            )
11              Plaintiff,                   )   **ORDER AND JUDGMENT OF**
                                            )   **DISMISSAL**
12        v.                                 )
                                            )   [Doc. No. 12]
13  CU VAN HUYNH,                            )
                                            )
14              Defendant.                   )
                                            )
15  _____ )

16        Upon application of the United States Attorney, and good cause appearing

17  therefrom,

18        **IT IS HEREBY ORDERED** that the Indictment in the above-captioned case

19  against Defendant CU VAN HUYNH is **DISMISSED** without prejudice.

20        **IT IS SO ORDERED AND ADJUDGED**.

21  DATED: February 12, 2014

22  _____

23  HON. MICHAEL M. ANELLO
    United States District Judge

24
25
26
27
28